JS-6

Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Boris Orlov, Attorney** (CSBN #223532)
Office of the Solicitor (Sol#0918588)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **P.A.C. CONSTRUCTION SERVICES, INC.** a California Corporation**; SAHARA CONSTRUCTION COMPANY, INC.**, a California Corporation; and **PHILIP H. ALBERT**, Individually and as Managing Agent of the Corporate Defendant <br><br> Defendants. | Case No. CV09-6812 GAF(SSx) <br><br><br><br> **CONSENT JUDGMENT** |

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants P.A.C. Construction Services, Inc., a California corporation, Sahara Construction Company, Inc., a California Corporation, and Philip H. Albert, individually and as managing agent of the corporate defendants (collectively, "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

B. Defendants have appeared and having retained defense counsel acknowledge receipt of a copy of the Secretary's Complaint.

C. Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

D. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

F. Defendants have paid to the U.S. Department of Labor, Wage and Hour Division $256,229.78 in overtime pay found to be due under the FLSA to 286 employees, as a result of their employment by Defendants during the period of September 25, 2006 through September 24, 2008 as set forth in the attached Exhibit 1, showing the name of each employee and listing on the same line the gross backwage amount due the employee and the period covered by the Consent Judgment.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA,

or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2.  Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3.  The Secretary shall allocate and distribute the funds described in paragraph F, less deductions for employees' share of social security and withholding taxes to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor as to any employee named on the attached Exhibit 1 for any period not specified therein; and, it is further

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: ___September 25, 2009___.

*[signature: Gary Feess]*

U.S. DISTRICT COURT JUDGE

For the Defendants:

Each defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

_____  8-10-09
Philip H. Albert                 Date


For: P.A.C. Construction Company Inc.

By _____  8-10-09
   Authorized Agent               Date

Its: Phillip H. Albert, President


For: Sahara Construction Company Inc.

By _____  8-10-09
   Authorized Agent               Date

Its: Phillip H. Albert - President

1  Reviewed as to Form Only:
2  Atkinson, Andelson, Loya, Rudd & Romo
3
4  _____    8/17/07
   Thomas Kovacich, Attorney          Date
5  For Defendants
6
7
8
9  For the plaintiff:
10 CAROL A. DE DEO
11 Deputy Solicitor for National Operations
12 LAWRENCE BREWSTER
13 Regional Solicitor
14 DANIEL J. CHASEK
15 Associate Regional Solicitor
16
17 _____    8-20-09
18 BORIS ORLOV, Attorney              Date
19 Attorneys for the Plaintiff
   U.S. Department of Labor
20
21
22
23
24
25
26
27
28

Consent Judgment (Sol#0918588)                              Page 6 of 17

## Exhibit 1

| Name | | Period Covered | | Gross Back Wages |
|---|---|---|---|---|
| AGUAYO TORRES | JOSE L | 11/10/2006 | 11/17/2006 | $145.62 |
| AGUILAR | CARLOS | 06/29/2007 | 07/20/2007 | $221.62 |
| AGUILAR | JOSE | 11/17/2006 | 12/08/2006 | $56.81 |
| AGUILAR | JUAN | 12/08/2006 | 12/08/2006 | $63.75 |
| ALVARES | SEVERIANO | 10/06/2006 | 05/23/2008 | $2,010.00 |
| ANGUIANO | DANIEL | 10/19/2007 | 11/16/2007 | $96.75 |
| ANGUIANO | IGNACIO | 11/17/2006 | 11/17/2006 | $37.38 |
| ARCHUNDIA | LUIS | 02/09/2007 | 11/02/2007 | $447.75 |
| ARCOS | RAYMUNDO | 11/17/2006 | 05/16/2008 | $1,048.12 |
| ARCOS MENDOZA | JOSE | 03/16/2007 | 08/31/2007 | $557.5 |
| ARRIAGA JOVEN | RUSBEL | 04/20/2007 | 06/08/2007 | $86.94 |
| ARTIGA | GUSTAVO A | 07/27/2007 | 09/14/2007 | $215.19 |
| BARBOZA MORENO | JOSE M | 10/13/2006 | 05/30/2008 | $1,591.88 |
| BARRAGAN | JESUS A | 11/17/2006 | 03/30/2007 | $95.88 |
| BARRALES | ELOI | 06/15/2007 | 05/16/2008 | $480.00 |
| BAUTISTA | ELMER | 02/23/2007 | 04/20/2007 | $361.88 |
| BEAVER JR. | CARLOS | 10/19/2007 | 11/16/2007 | $106.88 |
| BETANCOURT TORRES | GOMESINDO | 11/10/2006 | 11/10/2006 | $43.12 |
| CABADA | RAFAEL | 10/06/2006 | 07/18/2008 | $2,997.88 |
| CABADA | ROLANDO | 10/06/2006 | 12/21/2007 | $536.88 |
| CABRERA | FERNANDO | 06/08/2007 | 07/11/2008 | $265.69 |
| CABRERA MARQUEZ | ANTONIO | 07/13/2007 | 07/13/2007 | $44.56 |
| CABRERA RODRIGUEZ | AGUSTIN | 10/06/2006 | 08/08/2008 | $3,143.50 |

| #  | Last Name | First Name | Date 1 | Date 2 | Amount |
|----|-----------|------------|--------|--------|--------|
| 1  | CADENA | PABLO | 10/06/2006 | 02/08/2008 | $3,453.94 |
| 2  | CAMILO | JORGE | 07/27/2007 | 08/17/2007 | $110.62 |
| 3  | CAMILO ORIZABA | ABEL | 10/06/2006 | 06/13/2008 | $2,308.78 |
| 4  | CAMILO ORIZABA | JORGE | 07/20/2007 | 07/20/2007 | $43.75 |
| 5  | CAMPOS BARRAGAN | GERARDO | 11/17/2006 | 04/06/2007 | $659.78 |
| 6  | CARDENAS | MANUEL | 09/28/2007 | 03/14/2008 | $325.00 |
| 7  | CARRILLO | JUAN P. | 10/06/2006 | 05/18/2007 | $1,870.75 |
| 8  | CARVAJAL | ALFREDO | 10/06/2006 | 05/02/2008 | $1,222.41 |
| 9  | CASTELLANOS | MIGUEL | 03/14/2008 | 06/13/2008 | $583.00 |
| 10 | CASTILLO | JESUS | 10/06/2006 | 10/27/2006 | $57.50 |
| 11 | CASTILLO | JUAN J | 11/17/2006 | 11/17/2006 | $21.31 |
| 12 | CASTILLO | MARIO | 10/06/2006 | 01/26/2007 | $398.44 |
| 13 | CEJA TIJERO | EFREN | 10/13/2006 | 08/22/2008 | $992.20 |
| 14 | CHANTRES | BARUSCHS | 11/17/2006 | 12/14/2007 | $1,578.75 |
| 15 | CHAVEZ | JESUS | 10/06/2006 | 06/27/2008 | $2,517.38 |
| 16 | CHAVEZ | JOSE | 11/17/2006 | 09/19/2008 | $2,110.19 |
| 17 | CHAVEZ | JUAN | 11/02/2007 | 06/27/2008 | $75.62 |
| 18 | CHAVEZ VARGAS | HECTOR | 06/06/2008 | 06/13/2008 | $140.56 |
| 19 | CONTRERAS | MIGUEL A | 06/20/2007 | 08/08/2008 | $840.94 |
| 20 | CUETO | FERNANDO | 10/06/2006 | 04/13/2007 | $986.88 |
| 21 | CUEVAS | JOSUE | 05/23/2008 | 06/27/2008 | $57.00 |
| 22 | DE LAMORA | HECTOR | 12/15/2006 | 02/29/2008 | $55.44 |
| 23 | DE LOS SANTOS | ALFREDO | 10/13/2006 | 09/19/2008 | $2,743.56 |
| 24 | DELGADILLO | VICTOR | 04/27/2007 | 05/04/2007 | $40.62 |
| 25 | DELGADO | RAMON L | 05/18/2007 | 06/13/2008 | $362.25 |
| 26 | DESANTIAGO | ALEJANDRO | 12/08/2006 | 01/12/2007 | $81.00 |
| 27 | DIAZ | FERNANDO | 11/17/2006 | 07/20/2007 | $476.25 |
| 28 | DOMINGUEZ | AGUSTIN | 08/03/2007 | 08/03/2007 | $129.00 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | DOMINGUEZ | BERNARDO | 06/20/2007 | 09/12/2008 | $527.31 |
| 2 | DOMINGUEZ | ELDER | 12/08/2006 | 01/19/2007 | $111.94 |
| 3 | DOMINGUEZ | JUAN A | 06/20/2007 | 09/12/2008 | $581.88 |
| 4 | ESPINOZA | BENJAMIN F | 06/20/2007 | 08/22/2008 | $224.00 |
| 5 | ESPINOZA | FRANCISCO | 10/20/2006 | 10/27/2006 | $57.50 |
| 6 | ESPINOZA S | GERARDO | 10/06/2006 | 10/05/2007 | $3,181.25 |
| 7 | ESQUIBEL | ROBERTO | 10/06/2006 | 10/27/2006 | $372.19 |
| 8 | ESTEVEZ | ANTONIO | 06/15/2007 | 07/20/2007 | $238.12 |
| 9 | ESTRADA | FRANCISCO | 10/06/2006 | 04/13/2007 | $1,043.75 |
| 10 | ESTRADA | MARTIN | 10/20/2006 | 09/19/2008 | $2,549.48 |
| 11 | ESTRADA ERNANDEZ | JOSE | 02/09/2007 | 09/19/2008 | $1,412.28 |
| 12 | FLORES | JESUS | 06/15/2007 | 07/13/2007 | $90.56 |
| 13 | FLORES | JUAN | 04/27/2007 | 05/18/2007 | $182.50 |
| 14 | FLORES | LUIS | 10/06/2006 | 08/29/2008 | $5,095.00 |
| 15 | FLORES | MIGUEL | 03/16/2007 | 06/15/2007 | $221.38 |
| 16 | FORTUNATO | FRANCISCO | 06/15/2007 | 07/13/2007 | $200.69 |
| 17 | FRIAS | MONICO | 03/02/2007 | 09/19/2008 | $3,982.82 |
| 18 | FUENTES | JULIO CESAR | 12/08/2006 | 07/20/2007 | $511.88 |
| 19 | GALLEGOS | FILIBERTO | 11/10/2006 | 08/08/2008 | $3,804.49 |
| 20 | GARCIA | ANTONIO | 11/10/2006 | 12/15/2006 | $647.19 |
| 21 | GARCIA | IGNACIO | 11/17/2006 | 09/07/2007 | $810.19 |
| 22 | GARCIA | ISMAEL | 03/23/2007 | 03/23/2007 | $57.75 |
| 23 | GARCIA | J ENRIQUE | 06/20/2007 | 09/19/2008 | $284.62 |
| 24 | GARCIA | JAVIER | 06/20/2008 | 07/11/2008 | $238.75 |
| 25 | GARCIA | JOAQUIN | 11/17/2006 | 12/14/2007 | $976.25 |
| 26 | GARCIA | MARCOS | 10/06/2006 | 12/22/2006 | $343.75 |
| 27 | GARCIA | RODRIGO | 12/01/2006 | 01/12/2007 | $144.56 |
| 28 | GARCIA HERNANDEZ | MIGUEL A | 11/17/2006 | 05/23/2008 | $1,143.34 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | GARCIA MELCHOR | OMAR | 11/10/2006 | 09/12/2008 | $267.88 |
| 2 | GARCIA MIRANDA | PEDRO | 01/12/2007 | 03/09/2007 | $148.00 |
| 3 | GARCIA MIRANDA | VICENTE | 10/06/2006 | 03/02/2007 | $807.62 |
| 4 | GARCIA MONROY | LUIS | 03/23/2007 | 07/13/2007 | $406.25 |
| 5 | GOMEZ | LUIS | 06/20/2007 | 06/27/2008 | $1,846.00 |
| 6 | GOMEZ GONZALES | ADRIAN | 04/04/2008 | 06/13/2008 | $273.88 |
| 7 | GOMEZ MEDINA | GILBERTO | 03/14/2008 | 06/13/2008 | $521.00 |
| 8 | GOMEZ MEZA | ARNULFO | 03/30/2007 | 06/15/2007 | $203.25 |
| 9 | GOMEZ MEZA | MARTIN A | 11/10/2006 | 03/02/2007 | $374.38 |
| 10 | GONZALES | ARMANDO | 10/13/2006 | 09/19/2008 | $3,565.50 |
| 11 | GONZALES | CLEMENTE | 11/10/2006 | 04/13/2007 | $1,171.50 |
| 12 | GONZALES | EDGAR | 01/12/2007 | 06/15/2007 | $560.81 |
| 13 | GONZALES | JORGE | 10/06/2006 | 09/12/2008 | $4,650.00 |
| 14 | GONZALES | JUAN C | 11/17/2006 | 06/27/2008 | $2,416.75 |
| 15 | GONZALES | LUIS A | 03/28/2008 | 06/13/2008 | $368.75 |
| 16 | GONZALEZ | JESSE | 11/17/2006 | 11/17/2006 | $54.62 |
| 17 | GONZALEZ | PEDRO | 10/06/2006 | 10/27/2006 | $225.50 |
| 18 | GUERRA ORTIZ | JUAN L | 12/08/2006 | 12/22/2006 | $46.25 |
| 19 | GUILLEN | MANUEL | 05/04/2007 | 12/14/2007 | $760.50 |
| 20 | GUTIERREZ | GERARDO | 10/19/2007 | 07/18/2008 | $329.25 |
| 21 | GUTIERREZ | HOMERO | 03/14/2008 | 04/18/2008 | $543.00 |
| 22 | GUTIERREZ | JAIRO | 06/13/2008 | 06/13/2008 | $120.00 |
| 23 | GUTIERREZ | JOSE A | 06/20/2007 | 07/11/2008 | $428.75 |
| 24 | GUTIERREZ | PARIS | 09/28/2007 | 07/11/2008 | $623.44 |
| 25 | GUTIERREZ | RENE | 10/06/2006 | 06/13/2008 | $4,219.25 |
| 26 | HERNANDEZ | ALBERTO | 12/08/2006 | 07/13/2007 | $1,570.38 |
| 27 | HERNANDEZ | DANIEL R | 06/08/2007 | 07/13/2007 | $190.12 |
| 28 | HERNANDEZ | ELVIN | 03/23/2007 | 03/23/2007 | $42.75 |

| # | Last | First | | | |
|---|---|---|---|---|---|
| 1 | | FERNANDO | | | |
| 2 | HERNANDEZ | C. | 10/06/2006 | 06/22/2007 | $2,007.00 |
| 3 | HERNANDEZ | JOSE R | 04/27/2007 | 08/17/2007 | $682.75 |
| 4 | HERNANDEZ | LUCIO | 11/17/2006 | 02/09/2007 | $764.06 |
| 5 | HERNANDEZ | LUIS R | 03/09/2007 | 09/12/2008 | $1,415.25 |
| 6 | HERNANDEZ | OCTAVIO | 11/17/2006 | 07/20/2007 | $479.88 |
| 7 | HERNANDEZ | OSCAR | 10/13/2006 | 11/09/2007 | $1,454.53 |
| 8 | HERNANDEZ | SALVADOR | 10/06/2006 | 09/19/2008 | $2,328.84 |
| 9 | HERNANDEZ | WILFRANO | 10/06/2006 | 08/22/2008 | $3,780.56 |
| 10 | | WILMAN | | | |
| 11 | HERNANDEZ | JOEL | 03/23/2007 | 04/06/2007 | $29.81 |
| 12 | HERNANDEZ | | | | |
| 13 | AGUINAGA | CARLOS | 06/20/2007 | 09/19/2008 | $960.62 |
| 14 | HERNANDEZ REYES | JORGE | 02/02/2007 | 07/13/2007 | $449.75 |
| 15 | HERNANDEZ REYES | JUAN | 06/22/2007 | 08/03/2007 | $268.75 |
| 16 | HUERTA | ALEJANDRO | 12/22/2006 | 04/06/2007 | $268.12 |
| 17 | HUIZAR | SAUL | 07/11/2008 | 07/11/2008 | $26.12 |
| 18 | IBARRA | NICHOLAS | 10/20/2006 | 04/20/2007 | $173.19 |
| 19 | IGLESIAS GONZALES | LUIS J | 01/26/2007 | 06/15/2007 | $86.47 |
| 20 | IGLESIAS RASURA | GUADALUPE | 10/06/2006 | 08/29/2008 | $4,632.75 |
| 21 | IGLESIAS RASURA | SERGIO | 10/06/2006 | 06/13/2008 | $1,214.38 |
| 22 | IRIGOYEN | JOEL | 04/06/2007 | 06/15/2007 | $178.31 |
| 23 | IRIGOYEN | JORGE | 10/06/2006 | 08/08/2008 | $2,416.38 |
| 24 | IRIGOYEN | SAUL | 10/13/2006 | 05/11/2007 | $578.38 |
| 25 | IRIGOYEN GONZALEZ | LUIS J | 10/06/2006 | 08/08/2008 | $4,024.66 |
| 26 | JAIMES MENDEZ | OSCAR M | 06/15/2007 | 07/06/2007 | $167.5 |
| 27 | JIMENEZ RAMOS | JAVIER | 07/06/2007 | 07/13/2007 | $100.94 |
| 28 | JONES | MARK | 10/06/2006 | 01/12/2007 | $1,076.00 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---:|
| 1 | | ANTHONY | | | |
| 2 | JUAREZ MARTINEZ | MANUEL | 03/30/2007 | 05/04/2007 | $104.12 |
| 3 | LEAL | ANTONIO | 07/06/2007 | 07/06/2007 | $39.31 |
| 4 | LEAL | FIDEL | 05/23/2008 | 08/29/2008 | $271.94 |
| 5 | LEAL | LUIS | 10/19/2007 | 10/19/2007 | $23.38 |
| 6 | | JOSE | | | |
| 7 | LOPEZ | HUMBERTO | 03/07/2008 | 03/07/2008 | $85.50 |
| 8 | LOPEZ | MOLVIN A | 06/15/2007 | 10/26/2007 | $526.25 |
| 9 | LOPEZ | SALVADOR | 06/20/2007 | 06/13/2008 | $546.25 |
| 10 | LOPEZ BOTELLO | ABEL E | 04/13/2007 | 07/27/2007 | $589.38 |
| 11 | | JOSE | | | |
| 12 | LOPEZ BOTELLO | HUMBERTO | 06/20/2007 | 08/08/2008 | $2,102.62 |
| 13 | LOPEZ BOTELLO | MARTIN | 11/10/2006 | 07/18/2008 | $1,388.62 |
| 14 | LUNA | RICARDO | 03/02/2007 | 11/02/2007 | $1,004.50 |
| 15 | MACIAS | ALBERTO | 01/26/2007 | 01/26/2007 | $34.31 |
| 16 | MACIAS | FLORENCIO | 10/06/2006 | 12/01/2006 | $148.75 |
| 17 | MANCINAS | ALBERTO | 11/17/2006 | 01/19/2007 | $36.56 |
| 18 | MANZO | MARIO | 11/10/2006 | 11/17/2006 | $74.00 |
| 19 | MARCIAL | VICTOR | 01/05/2007 | 04/13/2007 | $345.67 |
| 20 | MARQUEZ MORALES | GUMECINDO | 06/22/2007 | 10/19/2007 | $154.69 |
| 21 | MARTINEZ | AMADO | 10/06/2006 | 06/29/2007 | $792.00 |
| 22 | MARTINEZ | JOSE C | 06/20/2007 | 06/13/2008 | $494.00 |
| 23 | MARTINEZ | LUIS SANTO | 03/09/2007 | 09/07/2007 | $605.94 |
| 24 | MARTINEZ | PATRICIO | 11/24/2006 | 01/19/2007 | $186.88 |
| 25 | MARTINEZ | PEDRO | 10/06/2006 | 09/19/2008 | $1,854.62 |
| 26 | MARTINEZ CAMPOS | SAUL | 12/22/2006 | 03/23/2007 | $113.62 |
| 27 | MATA | RICARDO | 01/18/2008 | 05/02/2008 | $118.12 |
| 28 | MEDINA | DANY | 12/08/2006 | 07/11/2008 | $559.69 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | MEDINA | MIGUEL | 10/06/2006 | 06/13/2008 | $2,805.62 |
| 2 | MEDINA FLORES | CANDELARIO | 10/06/2006 | 06/13/2008 | $3,596.66 |
| 3 | MEJIA | EDWARD J | 01/19/2007 | 02/02/2007 | $51.75 |
| 4 | MENDOZA | GILBERTO | 06/29/2007 | 06/29/2007 | $71.25 |
| 5 | MENDOZA | JUAN C | 10/13/2006 | 08/08/2008 | $1,576.69 |
| 6 | MENDOZA | RENE A | 06/15/2007 | 07/13/2007 | $150.62 |
| 7 | MENDOZA | VICTOR | 01/19/2007 | 08/31/2007 | $812.50 |
| 8 | MENDOZA LEAL | OSCAR | 03/23/2007 | 07/20/2007 | $225.00 |
| 9 | MIRANDA | ROBERTO | 06/20/2007 | 08/08/2008 | $567.50 |
| 10 | MONTIEL | GENARO | 10/06/2006 | 10/27/2006 | $86.25 |
| 11 | MORALES | ALEJANDRO | 03/16/2007 | 03/16/2007 | $31.62 |
| 12 | MORALES | GERARDO | 03/09/2007 | 11/02/2007 | $768.88 |
| 13 | MORALES MEZA | EDUARDO | 10/27/2006 | 06/22/2007 | $485.12 |
| 14 | MUNOZ | ALEJANDRO | 02/09/2007 | 09/12/2008 | $1,227.94 |
| 15 | MUNOZ | MANUEL | 01/12/2007 | 07/11/2008 | $2,372.94 |
| 16 | MUNOZ | MIGUEL | 12/22/2006 | 12/22/2006 | $37.62 |
| 17 | MURILLO INIGUEZ | FIDENCIO | 11/10/2006 | 06/06/2008 | $2,086.00 |
| 18 | NAVARRO | FRANCISCO | 03/21/2008 | 08/15/2008 | $367.03 |
| 19 | NOGEZ | JOSE | 10/06/2006 | 10/27/2006 | $142.59 |
| 20 | NUNEZ | MARTIN | 06/08/2007 | 12/21/2007 | $298.38 |
| 21 | OCHOA | CLAUDIO | 01/12/2007 | 08/17/2007 | $1,005.75 |
| 22 | OLGUIN | MISAEL R | 10/06/2006 | 12/15/2006 | $1,215.94 |
| 23 | OLIVARES | ERNESTO | 12/22/2006 | 02/23/2007 | $147.19 |
| 24 | OLMEDO GOMEZ | GILBERTO | 10/19/2007 | 11/02/2007 | $162.50 |
| 25 | ORTEGA | RAMIRO M | 10/19/2007 | 11/16/2007 | $131.75 |
| 26 | ORTIZ | SAMUEL | 06/20/2007 | 09/12/2008 | $325.19 |
| 27 | PACHECO MACIAS | JESUS | 10/06/2006 | 12/08/2006 | $749.06 |
| 28 | PADILLA | FRANCISCO | 10/13/2006 | 11/09/2007 | $2,014.50 |

| # | Last | First | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | PADILLA | JUAN P. | 06/08/2007 | 11/09/2007 | $836.88 |
| 2 | PADILLA | VICTOR M | 06/15/2007 | 01/18/2008 | $490.87 |
| 3 | PALOS | BENITO | 05/18/2007 | 06/13/2008 | $921.94 |
| 4 | PALOS | FAUSTINO | 04/04/2008 | 06/13/2008 | $318.38 |
| 5 | PALOS | NICHOLAS | 10/06/2006 | 09/12/2008 | $981.38 |
| 6 | PALOS PORTILLO | FRANCISCO | 10/06/2006 | 09/12/2008 | $2,448.38 |
| 7 | PANAMENO | KEVIN A | 10/06/2006 | 08/17/2007 | $1,678.91 |
| 8 | PARRA | JACINTO A | 10/06/2006 | 07/27/2007 | $538.31 |
| 9 | PATINO | JONATHAN | 10/06/2006 | 09/19/2008 | $5,021.44 |
| 10 | | NERY | | | |
| 11 | PEREZ | ANTONIO | 06/15/2007 | 06/15/2007 | $42.75 |
| 12 | | OMAR | | | |
| 13 | PEREZ | JORGE | 01/19/2007 | 04/13/2007 | $168.19 |
| 14 | PEREZ | PABLO | 10/06/2006 | 07/11/2008 | $683.69 |
| 15 | | MIGUEL | | | |
| 16 | PINEDA | ANGEL | 02/16/2007 | 03/23/2007 | $107.00 |
| 17 | PINTO | JOSE | 01/19/2007 | 01/26/2007 | $51.75 |
| 18 | PLANCARTE | JESUS | 06/20/2007 | 08/08/2008 | $1,536.44 |
| 19 | PLANCARTE | OSCAR | 04/20/2007 | 06/15/2007 | $148.5 |
| 20 | PLANCARTE | SERGIO L | 10/13/2006 | 08/08/2008 | $2,409.88 |
| 21 | PULIDO | HECTOR | 06/15/2007 | 06/29/2007 | $97.90 |
| 22 | QUINTERO | MARIO | 10/06/2006 | 09/14/2007 | $2,473.69 |
| 23 | RAMIREZ | ARMANDO | 03/09/2007 | 10/26/2007 | $369.56 |
| 24 | RAMIREZ | HUMBERTO | 01/19/2007 | 10/26/2007 | $702.75 |
| 25 | RAMIREZ | JOSE L | 10/13/2006 | 11/16/2007 | $998.38 |
| 26 | RAMIREZ MARIN | VICTOR | 10/13/2006 | 02/23/2007 | $475.62 |
| 27 | RAMOS | JOSE | 10/20/2006 | 09/19/2008 | $3,185.69 |
| 28 | RAMOS | RAUL | 03/16/2007 | 08/22/2008 | $820.00 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | RAMOS PEREIDA | HECTOR | 11/17/2006 | 07/20/2007 | $596.12 |
| 2 | RANGEL | VICTOR | 01/26/2007 | 01/26/2007 | $28.75 |
| 3 | RASURA IGLESIAS | JOSE | 10/06/2006 | 06/13/2008 | $3,117.44 |
| 4 | REYES HINOJOSA | ABRAHAM | 10/06/2006 | 08/22/2008 | $1,925.75 |
| 5 | RIOS | PABLO | 08/31/2007 | 10/19/2007 | $56.88 |
| 6 | RIVAS | NORBERTO | 10/06/2006 | 12/08/2006 | $322.88 |
| 7 | RIVERA | CARLOS | 10/06/2006 | 06/13/2008 | $2,252.25 |
| 8 | | FRANCISCO | | | |
| 9 | RIVERA | S. | 10/06/2006 | 05/23/2008 | $2,351.31 |
| 10 | RIVERA IBARRA | JUAN J | 06/20/2007 | 08/08/2008 | $3,488.75 |
| 11 | RIVERA R | JOSE L | 10/06/2006 | 07/20/2007 | $384.19 |
| 12 | RIVERA RAMIREZ | EDGARDO S | 03/28/2008 | 05/09/2008 | $508.50 |
| 13 | ROBLERO | AUSENCIO | 05/18/2007 | 12/14/2007 | $855.75 |
| 14 | RODRIGUEZ | BRAULIO | 03/14/2008 | 06/13/2008 | $552.06 |
| 15 | RODRIGUEZ | CARLOS | 10/06/2006 | 01/12/2007 | $611.00 |
| 16 | RODRIGUEZ | HILARIO | 04/18/2008 | 06/13/2008 | $464.31 |
| 17 | RODRIGUEZ | JOSE FELIPE | 03/14/2008 | 06/13/2008 | $468.88 |
| 18 | RODRIGUEZ | JUAN J | 05/25/2007 | 06/29/2007 | $326.56 |
| 19 | RODRIGUEZ | SAUL | 10/06/2006 | 01/12/2007 | $358.19 |
| 20 | ROJAS | CARLOS H | 06/15/2007 | 07/13/2007 | $24.19 |
| 21 | ROMERO | RAFAEL | 12/08/2006 | 03/16/2007 | $187.31 |
| 22 | ROMERO | WILLIAM A | 11/17/2006 | 04/06/2007 | $42.50 |
| 23 | ROMERO JIMENEZ | ANDRES | 12/08/2006 | 03/16/2007 | $220.50 |
| 24 | SALA | SANTOS | 10/06/2006 | 05/25/2007 | $299.30 |
| 25 | SALAS | NESTOR R | 10/06/2006 | 08/03/2007 | $1,914.00 |
| 26 | SALGADO | PEDRO | 12/08/2006 | 01/19/2007 | $100.12 |
| 27 | SALNERON | ALEJANDRO | 05/16/2008 | 09/12/2008 | $395.25 |
| 28 | SANCHEZ | GILBERTO | 10/13/2006 | 07/18/2008 | $1773 |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | SANCHEZ | LUIS | 10/06/2006 | 08/15/2008 | $563.00 |
| 2 | SANCHEZ | | | | |
| 3 | HERNANDEZ | ESTEBAN | 10/06/2006 | 07/18/2008 | $4,030.62 |
| 4 | SANCHEZ | | | | |
| 5 | HERNANDEZ | INOCENCIO | 10/06/2006 | 02/16/2007 | $705.62 |
| 6 | SANCHEZ MURIAS | JULIO | 06/20/2007 | 08/22/2008 | $116.44 |
| 7 | SANDOVAL | J A | 10/06/2006 | 09/19/2008 | $1,770.56 |
| 8 | | JOSE DE | | | |
| 9 | SANDOVAL | JESUS M | 10/13/2006 | 04/11/2008 | $604.12 |
| 10 | SANDOVAL | SALVADOR M | 10/13/2006 | 08/22/2008 | $1,175.75 |
| 11 | SANTANA | GILBERTO | 05/11/2007 | 05/11/2007 | $37.38 |
| 12 | SANTANA | RUTILO | 10/06/2006 | 08/08/2008 | $3,333.50 |
| 13 | SANTIAGO | ADOLFO | 01/12/2007 | 03/16/2007 | $195.00 |
| 14 | SAUCEDO | JOSE L | 04/18/2008 | 05/16/2008 | $329.38 |
| 15 | SEGURA | HECTOR L | 04/11/2008 | 04/25/2008 | $120.75 |
| 16 | SILVA | VICTOR | 04/06/2007 | 04/06/2007 | $28.75 |
| 17 | SIMENTHAL | VICTOR H | 10/06/2006 | 06/13/2008 | $2,389.73 |
| 18 | SOL | WILBERTH | 10/06/2006 | 07/20/2007 | $550.00 |
| 19 | SORTO | WILMER F | 02/23/2007 | 04/20/2007 | $361.88 |
| 20 | SOSA VARGAS | VICTOR | 06/08/2007 | 10/05/2007 | $660.62 |
| 21 | SOTO | MIGUEL | 10/06/2006 | 09/21/2007 | $2,321.38 |
| 22 | SOTO AGUILAR | MIGUEL | 07/27/2007 | 09/28/2007 | $387.75 |
| 23 | SOTO R | JESUS A | 10/06/2006 | 04/11/2008 | $3,429.69 |
| 24 | SUAREZ | JOSE | 06/20/2007 | 08/08/2008 | $954.00 |
| 25 | TAFOLLA ROMERO | JOEL | 11/10/2006 | 11/10/2006 | $28.75 |
| 26 | TAMAYO | OSCAR | 10/06/2006 | 08/22/2008 | $2,038.50 |
| 27 | TEJADA | ELEAZAR | 10/06/2006 | 06/13/2008 | $2,410.57 |
| 28 | | | | | |

| # | Last Name | First Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | TORRES | JOSE A | 01/18/2008 | 01/18/2008 | $23.12 |
| 2 | TORRES | JOSE M | 10/19/2007 | 12/14/2007 | $219.94 |
| 3 | TORRES | RAUL | 10/12/2007 | 10/26/2007 | $79.75 |
| 4 | TORRES | SERGIO M | 06/20/2007 | 08/08/2008 | $1,455.62 |
| 5 | TRINIDAD RUIZ | JOSE | 07/20/2007 | 10/19/2007 | $209.25 |
| 6 | VALDOVINOS | JOSE | 10/06/2006 | 12/08/2006 | $107.25 |
| 7 | VALENCIA | CARMELO | 03/30/2007 | 04/06/2007 | $60.19 |
| 8 | VALENCIA | MANUEL | 12/08/2006 | 12/08/2006 | $63.88 |
| 9 | VALENZUELA | HUMBERTO | 10/27/2006 | 04/13/2007 | $553.88 |
| 10 | VALLADARES | GUSTAVO | 04/20/2007 | 05/09/2008 | $1,409.38 |
| 11 | VALLEJO VALENICA | ERICK | 10/06/2006 | 11/09/2007 | $2,015.62 |
| 12 | VAZQUEZ | FREDY | 06/22/2007 | 08/15/2008 | $807.88 |
| 13 | VEGA | ANDRES | 12/15/2006 | 07/20/2007 | $405.75 |
| 14 | VEGA | FERNANDO | 11/17/2006 | 08/31/2007 | $725.25 |
| 15 | VEGA RODILES | JOSE | 12/01/2006 | 06/08/2007 | $627.19 |
| 16 | VILLALBA | ANTONIO | 07/27/2007 | 07/18/2008 | $653.81 |
| 17 | VILLALOBOS | FERNANDO | 12/22/2006 | 04/20/2007 | $167.00 |
| 18 | VILLALTA | MANUEL | 05/11/2007 | 08/31/2007 | $843.12 |
| 19 | VILLANUEVA | JOSE | 11/17/2006 | 07/20/2007 | $720.62 |
| 20 | VISCAINO | ANGEL | 11/17/2006 | 07/11/2008 | $2,115.00 |
| 21 | ZAMORA PONCE | ALEX | 05/25/2007 | 05/25/2007 | $77.50 |
| 22 | ZARATE | JESUS | 06/20/2007 | 08/08/2008 | $788.75 |
| 23 | ZARATE | LUIS | 07/20/2007 | 09/19/2008 | $182.25 |
| 24 | ZARATE | OMAR | 01/26/2007 | 09/12/2008 | $1,941.44 |
| 25 | ZARATE | PEDRO | 06/08/2007 | 07/20/2007 | $349.72 |

26

27

28